UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JUSTIN VOUGHT

       Plaintiff,                                 No. 16-cv-12753
vs.                                            HON. MARK A. GOLDSMITH

EQUIFAX, INC.

       Defendant.
_____/

## ORDER DISMISSING CASE WITH PREJUDICE

The Court, having received Plaintiff's notice of voluntary dismissal (Dkt. 8) dismisses the case with prejudice, subject to reopening within 30 days if the parties stipulate to some other order of dismissal.

SO ORDERED.

Dated: October 28, 2016                         s/Mark A. Goldsmith
       Detroit, Michigan                    MARK A. GOLDSMITH
                                                United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on October 28, 2016.

                                                         s/Karri Sandusky
                                                         Case Manager